UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOYLYN GABBARD,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C07-5124RJB<br><br><br><br>ORDER FOR REDACTION<br>OF THE RECORD |

After considering the parties' stipulation to redaction of the record, it is hereby ORDERED:

1) Pages 403-24 of the Certified Administrative Transcript are a confidential record pertaining to an individual other than Plaintiff.

2) Pages 403-24 will be removed from the Certified Administrative Transcript and from all copies of the Transcript, and destroyed by Plaintiff's attorney, the Assistant United States Attorney, and the Special Assistant U.S. Attorney/Assistant Regional Counsel.

Page 1          ORDER - [3:07-cv-5124-RJB-JKA]

3) The Certified Administrative Transcript, thus redacted, will be filed in this action as part of the Commissioner's Answer to Plaintiff's Complaint.

Further, pages 403-24, mistakenly included in the Transcripts, will not be disclosed to anyone. The inadvertent inclusion of Pages 403-24 in the Certified Administrative Transcript will not be a basis for a claimed error.

DATED this 20th day of August, 2007.

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Joanne Dantonio
JOANNE DANTONIO
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA  98104-7075
Phone:  206-615-2730
Fax:    206-615-2531
joanne.dantonio@ssa.gov

Page 2            ORDER - [3:07-cv-5124-RJB-JKA]