UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOYLYN D. GABBARD,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,

    Defendant.

CASE NO.   C07-5124RJB

ORDER

    The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge (Dkt. 22), objections to the report and recommendation (Dkt. 23), and the remaining record, does hereby find and ORDER:

(1)    The Report and Recommendation properly evaluated the record and the decision of the ALJ.  Plaintiff's repetitive requests that the court conclude that the Commissioner conceded errors are without merit. The ALJ did not err in assessing plaintiff's credibility and the medical evidence. The ALJ applied the proper legal standard and substantial evidence in the record as a whole supported the decision.  The Report and Recommendation of the Magistrate Judge (Dkt. 22) is **ADOPTED**.

(2)    The administrative decision is **AFFIRMED**.

(3)    The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge J. Kelley Arnold.

1    DATED this 7th day of December, 2007.

/s/ Robert J. Bryan
ROBERT J. BRYAN
United States District Judge