UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOYLYN D. GABBARD,<br><br>                  Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>                  Defendant. | CASE NO. C07-5124RJB<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 38), and

(2) Plaintiff's attorney Eitan Kassel Yanich is hereby awarded EAJA fees of $18,487.93, costs in the sum of $574.70, and expenses in the sum of $96.26.

DATED this 21st day of August, 2009.

/s/ Robert J. Bryan
ROBERT J. BRYAN
United States District Judge

ORDER - 1