AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
WESTERN DISTRICT OF WASHINGTON

JOYLYN D. GABBARD

v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5124RJB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation (Dkt. 38), and

2. Plaintiff's attorney Eitan Kassel Yanich is hereby awarded EAJA fees of $18,487.93, costs in the sum of $574.70, and expenses in the sum of $96.26.

August 21, 2009

BRUCE RIFKIN
Clerk

*/s/ Jennie L. Patton*
By, Deputy Clerk